

**U.S. Department of Jus[tice]**

*United States Attorney*
*Southern District of New [York]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2020

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

April 10, 202[0]

**MEMO ENDORSED**

<u>BY ECF</u>

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.

Barbara Moses, U.S.M.J.
April 10, 2020

Re:  <u>Johanna Astacio v. Commissioner of Social Security</u>
     19 Civ. 10275 (BCM)

Dear Judge Moses:

The government's brief in the above-referenced Social Security case is due April 13, 2020.  We write respectfully to request, with the consent of plaintiff, who is proceeding *pro se*, that the briefing schedule for this case be adjourned for approximately 30 days, as follows:

Government's brief by May 15, 2020
Plaintiff's response by July 14, 2020
Government's reply, if any, by August 4, 2020

The reason for this request is that the Social Security Administration requires additional time to review this matter.  No prior adjournment has been requested in this case.  We appreciate the Court's consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:  _____s/  *Susan D. Baird*____
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc:  <u>BY EMAIL</u>
  Johanna Astacio
  (Johanna3879@outlook.com)