



DATE FILED: 05/15/2020

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

# MEMO ENDORSED

May 14, 2020

> Application GRANTED. SO ORDERED.
>
> Barbara Moses, U.S.M.J.
> May 15, 2020

BY ECF

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: Johanna Astacio v. Commissioner of Social Security
19 Civ. 10275 (BCM)

Dear Judge Moses:

The government's brief in the above-referenced Social Security case is due May 15, 2020. We write respectfully to request, with the consent of plaintiff, who is proceedings *pro se*, that the briefing schedule for this case be adjourned for 30 days, as follows:

Government's brief by June 15, 2020
Plaintiff's response by August 14, 2020
Government's reply, if any, by September 4, 2020

The reason for this request is that the Social Security Administration is re-evaluating its litigation position in this matter. One prior adjournment was granted in this case. We appreciate the Court's consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:     s/ *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc: BY EMAIL
    Johanna Astacio
    (Johanna3879@outlook.com)