

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _06/15/2020_

# MEMO ENDORSED

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

June 12, 2020

Application GRANTED. No further extensions will be granted absent compelling circumstances. Defendant is directed to serve a copy of this Order on plaintiff and file proof of such service on the docket. SO ORDERED.

Barbara Moses, U.S.M.J.
June 15, 2020

BY ECF

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: Johanna Astacio v. Commissioner of Social Security
19 Civ. 10275 (BCM)

Dear Judge Moses:

The government's brief in the above-referenced Social Security case is due June 15, 2020. We write respectfully to request, with the consent of plaintiff, who is proceedings *pro se*, that the briefing schedule for this case be adjourned for 30 days, as follows:

Government's brief by July 15, 2020
Plaintiff's response by September 14, 2020
Government's reply, if any, by October 5, 2020

The reason for this request is an additional level of review is needed regarding the agency's litigation position in this matter. Two prior adjournments were granted in this case. We appreciate the Court's consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:      s/  *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc:  <u>BY EMAIL</u>
Johanna Astacio
(Johanna3879@outlook.com)